IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHARLIE ALLEN and wife, SHARON ALLEN, WILLIAM TUCKER, LLOYD DAVIS, STAN HOOKER and wife, LAMELVA HOOKER, KEN MERSHON and wife, RANELLE MERSHON, BOBBY C. WALKER and wife, JO DELLE WALKER, <br><br> Plaintiffs, <br><br> v. <br><br> XCEL ENERGY, INC., and SOUTHWESTERN PUBLIC SERVICE COMPANY, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No.  2:11-cv-00242-J |

## PLAINTIFFS' NOTICE OF DISMISSAL

COMES NOW CHARLIE ALLEN and wife, SHARON ALLEN, WILLIAM TUCKER,

LOYD DAVIS, STAN HOOKER and wife, LAMELVA HOOKER, KEN MERSHON and wife,

ANELLE MERSHON, BOBBY C. WALKER and wife, JO DELLE WALKER, and files this its

notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

## I.

1.      Plaintiffs are CHARLIE ALLEN and wife, SHARON ALLEN, WILLIAM

TUCKER, LOYD DAVIS, STAN HOOKER and wife, LAMELVA HOOKER, KEN

MERSHON and wife, ANELLE MERSHON, BOBBY C. WALKER and wife, JO DELLE

WALKER and defendants are XCEL ENERGY, INC. and SOUTHWESTERN PUBLIC

SERVICE COMPANY.

2.      On October 20, 2011, plaintiff sued defendant.

3.      Defendants have been served with process and have not served an answer or a motion for summary judgment.

4.      This case is not a class action.

5.      A receiver has not been appointed in this case.

6.      This case is not governed by any federal statute that requires a court order for dismissal of the case.

7.      Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8.      This dismissal is without prejudice to refiling.

WEREFORE, PREMISES CONSIDERED, Plaintiffs CHARLIE ALLEN and wife, SHARON ALLEN, WILLIAM TUCKER, LOYD DAVIS, STAN HOOKER and wife, LAMELVA HOOKER, KEN MERSHON and wife, ANELLE MERSHON, BOBBY C. WALKER and wife, JO DELLE WALKER therefore dismisses all causes of action without prejudice against the Defendants XCEL ENERGY, INC. and SOUTHWESTERN PUBLIC SERVICE COMPANY and requests that all costs of Court be charged to the party incurring the same.

(Signature Block on Next Page)

*Plaintiffs' Notice of Dismissal*                                                                                 2

Respectfully submitted,

THE WEBSTER LAW FIRM

/s/ Jason C. Webster
JASON C. WEBSTER
Texas Bar No. 24033318
6200 Savoy Dr., Suite 515
Houston, Texas 77036
(713) 581-3900 (telephone)
(713) 581-3907 (facsimile)


MICHAEL A. WARNER
THE WARNER LAW FIRM
Texas Bar No. 20872700
101 SE 11th, Suite 301
Amarillo, Texas 79101-2393
(806) 372-2595 (telephone)
(866) 397-9054 (facsimile)

ATTORNEYS FOR PLAINTIFFS